**RECEIVED**

(Rev. 12/6/12)

**FEB 2 8 2013**

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
_____ DIVISION

Daniel E Lewis
_____
Plaintiff

C 6:13-cv-0446   LAF

VS.

Rowan Companies, Inc.
_____
Defendant

Judge _____

Magistrate Judge _____

## COMPLAINT
### UNDER SECTION 706 (f) OF THE CIVIL RIGHTS ACT OF 1964

A. Describe in your own words the employment practices about which you are complaining, identifying the persons, firms, companies, unions, agencies or bodies you say have engaged in such practices. Attach an additional sheet, if necessary. Americans with disability Act & Age discrimantion Act.

Rowan Companies Inc. I did not have an impairment. Rowan belived I had a substanvual heart condition. I was ask by Rowan to participate in stress test to see if I was fit to work off shore. Pased stress test according to Oil & gas UK corp. However Rowan Co. Inc. elected to fire me because of my condition. I Also beleive that Rowan fired me to hire a younger employee.

B. Have you filed with the Equal Employment Opportunity Commission (EEOC) a charge relating to such practices?   Yes [✓]   No [ ]

C. Have you received from the EEOC a letter notifying you of your "right-to-sue" respecting such charges?   Yes [✓]   No [ ]

If "Yes," attach a copy of such letter and notice, and state when you received same.

Date received: 12-3-2013

Page 1 of 2

(Rev. 12/6/12)

D. Have you received from the EEOC a copy of its determination with regard to your charges?

Yes [✓]   No [ ]

If "Yes," attach a copy of such determination. Also, if you disagree with any of the EEOC's findings or conclusions, state why:

I do disagree with there findings. There is sufficent evidence that supports my termination that I was fit to work offshore. Rowan Violated Americans with disability act. See Attached from Cardiologist

E. Give any other information you desire to disclose which supports your claim of discriminatory employment practices.

DR. Rest my Cardiologist wrote A letter stating I was able to return with NO restrictions.

Reference from Above Attached

F. Under penalty of perjury, I declare that the information given in this complaint is true and correct.

Date: 2-26-2013

Daniel E Lewis
(Signature)

79 HANCOCK Rd.
(Street Address or P.O. Box)

Richton, MS-39476
(City, State, Zip Code)

Tommie J Lewis
(Witness)

Jeanette Hancock
(Witness)

601  -  689  0849
(Area Code)   (Telephone Number)

Page 2 of 2

