IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| DANIEL E. LEWIS | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 6:13-cv-0446 |
| | § | JUDGE DOHERTY |
| vs. | § | MAGISTRATE JUDGE WHITEHURST |
| | § | |
| ROWAN COMPANIES, INC. | § | |
| | § | |
| Defendant. | § | |

## CONFIRMATION OF SETTLEMENT

Plaintiff Daniel E. Lewis and Defendant Rowan Companies, Inc. confirm that this civil action has been settled and Plaintiff no longer wishes to pursue his claims against Defendant.

Respectfully submitted,

_____

Edward Moses Jr
MOSES LAW FIRM, LLC
2900 Westfork Drive Ste 401
Baton Rouge, Louisiana 70827
Telephone: (225) 295-5632
Facsimile: (888) 518-0559
Email: Edward@moses-lawfirm.com

ATTORNEY FOR PLAINTIFF

_____
Douglas E. Hamel (T.A.)
Admitted Pro Hac Vice
VINSON & ELKINS L.L.P.
1001 Fannin St., Suite 2500
Houston, Texas 77002-6760
(713) 758.2830 – Telephone
(713) 615.5112 – Facsimile
dhamel@velaw.com

        David A. Hurlburt
        Louisiana Bar No. 13912
        HURLBURT, MONROSE & ERNEST
        (A Professional Law Corp.)
        P.O. Drawer 4407
        Lafayette, La. 70502
        (337) 237-0261 – Telephone
        (337) 237-9117 – Facsimile
        david.hurlburt@hpmatty.com

        ATTORNEYS FOR DEFENDANT
        ROWAN COMPANIES, INC.

## CERTIFICATE OF SERVICE

I certify that on October 13, 2015, a copy of the foregoing was filed electronically through the Court's CM/ECF System and was automatically copied to all parties through the Court's electronic filing system.

_____
Counsel for Plaintiff

US 3827366v.1